**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA**

IN RE:

DAVID ALEXANDER
SSAN:  XXX-XX-1141

Case No. 16-32975-DHW
Chapter 13

_____
Debtor(s)

### TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s) plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on October 21, 2016.

2. The debtor(s) §341 Meeting of Creditors was held December 08, 2016.

3. The debtor(s) overall pay record is 100%.

**(X)** The debtor was to amend the schedules to list a possible worker's comp claim. The plan was to be amended as well to pledge non exempt lawsuit proceeds.

WHEREFORE, the above premises considered, Trustee objects to confirmation of the debtor(s) plan and requests that either confirmation be denied or the case be continued until such time as the above referenced issues have been resolved.

Respectfully submitted this January 23, 2017.

Sabrina L. McKinney
Acting Chapter 13 Trustee

By: /s/*Tina J. Hayes*
_____
Tina J. Hayes
Staff Attorney

Office of the Chapter 13 Trustee
P.O. Box 173
Montgomery, AL  36101-0173
Phone: (334)262-8371
Fax: (334)262-8599
email: hayest@ch13mdal.com

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that I have served a copy of the foregoing Trustee's Objection to Confirmation on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this  January 23, 2017.

Copy to: DEBTOR(S)
          JOSHUA C MILAM

/s/*Tina J. Hayes*
_____

Tina J. Hayes
Staff Attorney